**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 2, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00357-CV

### IN THE MATTER OF T.H.

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-01460J**

### MEMORANDUM OPINION

This is an accelerated appeal from an order signed May 9, 2022 in which a juvenile court waived its exclusive jurisdiction and certified T.H. to stand trial as an adult. *See* Tex. Fam. Code Ann. §§ 54.02(j); 56.01(c)(1)(A). On June 23, 2022, T.H. filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.